# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 448 MAL 2016 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| SHAWNTAY LEE HANDY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.